FILED
2019 JUN -3 AM 9:42
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
PLAINTIFF
v.

Cassandra Nicole Gonzales
USMS #78031-112

DEFENDANT(S).

CASE NUMBER: 5:19-CR-00151-DSF-02

REPORT COMMENCING CRIMINAL ACTION

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 05/31/2019 - 16:30    ☐ AM / ☑ PM
2. Defendant is in lock-up (in this court building)  Yes ☑    No ☐
3. Charges under which defendant has been booked:
   Title 18 United States Code, Section 3148 (e)(3) "Violation of Pre-Trial Release".
4. Offense charged is a:  ☑ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor
5. U.S. Citizen:  ☑ Yes    ☐ No    ☐ Unknown
6. Interpreter Required:  ☑ No    ☐ Yes: _____ (Language)
7. Year of Birth: 1988
8. The defendant is:  ☑ Presently in custody on this charge.
                      ☐ Federal - In custody on another conviction.
                      ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): N/A
10. Date detainer placed on defendant: N/A
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. N/A )
12. Does the defendant have retained counsel?    ☑ No
    ☑ Yes   Name: John Aquilina   and Phone Number: (951) 682-1700
13. Did you notify Pretrial Services?    ☐ No
    ☑ If yes, please list Officer's Name: Duty Officer    Time: 10:00    AM / PM
14. Remarks (if any): _____

15. Date: 06/03/2019
16. Name: Steven Lipscomb (Please Print)
17. Agency: U.S. Marshals
18. Signature: [signature] #31088
19. Office Phone Number: 951-276-6160

CR-64 (06/09)                REPORT COMMENCING CRIMINAL ACTION