UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                      Plaintiff,<br><br>        vs.<br><br>CASSANDRA NICOLE GONZALES,<br>                      Defendant. | ) Case No. 5:19-cr-00151-DSF-2<br>)<br>) EXHIBIT "A" TO DEFENDANT'S<br>) SENTENCING POSITION<br>)<br>) |

EXHIBIT "A"

*People v. Cassandra Gonzales*

Riverside County Superior Court,
Case number RIM1901810, Docket

# RIVERSIDE SUPERIOR COURT
## PUBLIC ACCESS

# Criminal Case Report

### Pay Ticket / Case Fine

Send me an email when this case is updated (click here) 

[Print This Report]
[Purchase Documents for this Case]
[Close This Window]

## Case RIM1901810 - Defendants

| Seq | Defendant | Next Court Date | Status | Agency / DR Number | Arrest Date | Count 1 Charge | Violation Date |
|---|---|---|---|---|---|---|---|
| 1 | GONZALES, CASSANDRA NICOLE | | | RSRC EV182620055 | 09/19/2018 | PC 488 | 09/19/2018 |
| | ALIAS: DELGADO, CASSANDRA NICOLE | | | | | | |

## Case RIM1901810 - GONZALES, CASSANDRA NICOLE - Status

*Filing Type* **Complaint**  *Custody* **N/A**
*Ordered Bail* **$2,500.00**  *Filing Date* **02/19/2019**
*D.A.*  *Posted Bail* **$0.00**
*Next Action:*  *Defense*
 *Deputy Report #:* **RSRC-RI EV182620055**

| Warrant | Type | Status | Issued | Affidavit |
|---|---|---|---|---|
| | ARR | ISSUED | 03/28/2019 | N/A |
| Probation | Type | Granted | Expiration | |
| | N/A | N/A | N/A | |
| Sentence | Convicted Date | Fine and Penalty | Restitution Fine | |
| | N/A | | 0 | |

## Case RIM1901810 - GONZALES, CASSANDRA NICOLE - Charges

| Arrest Charges | | | | | | |
|---|---|---|---|---|---|---|
| Count | Charge | Severity | Description | Violation Date | Plea | Status |
| 1 | PC 488 | M | Petty Theft | 09/19/2018 | | |
| Filed Charges | | | EXHIBIT "A" | | | |
| Count | Charge | Severity | Description | Violation Date | Plea | Status |

020

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | PC 488 | M | Petty Theft | 09/19/2018 | N/A | ACTIVE |

### Case RIM1901810 - GONZALES, CASSANDRA NICOLE - Probation

### Probation Has Not Been Granted On This Case For This Defendant.

### Case RIM1901810 - GONZALES, CASSANDRA NICOLE - Related Cases On Calendar

| Related Cases On Calendar |
|---|
| This Defendant Does Not Have Any Other Cases With Future Hearings Scheduled. |

### Case RIM1901810 - GONZALES, CASSANDRA NICOLE - All of Defendant's Other Cases

| Case Number | Filed Date | Charges | Next Hearing | Jurisdiction | Status |
|---|---|---|---|---|---|
| This Defendant Does Not Have Any Other Reportable Cases. | | | | | |

### Case RIM1901810 - GONZALES, CASSANDRA NICOLE - Actions & Minutes

| Action Date | Action Text | Disposition | Hearing Type |
|---|---|---|---|
| 04/05/2019 8:00 AM DEPT. RIDJW | HEARING SET RE: ARREST DECLARATION | VACATED | |
| 04/02/2019 | ELECTRONIC WARRANT SENT AT 11:01 | | |
| 03/29/2019 | HEARING SET 04/05/2019 AT 8:00 FOR HS IS VACATED. | | |
| 03/28/2019 | DECLARATION IN SUPPORT OF ARREST WARRANT FILED; JUDGE DAVID A GUNN | | |
| 03/27/2019 7:30 AM DEPT. 22 | ARRAIGNMENT | DISPOSED | ARRAIGNMENT |
| **Minutes** | Print Minute Order | | |
| 02/20/2019 | CASE DESIGNATION: VERTICAL. CASE ASSIGNED TO DEPT. 22 | | |
| 02/20/2019 | FINGERPRINTS COMPLETED - AGENCY. | | |
| 02/20/2019 | NOTICE MAILED TO DEFENDANT ON 11/11/2018, TO APPEAR: 03/27/2019 | | |
| 02/19/2019 | ELECTRONIC - DECLARATION IN SUPPORT OF ARREST WARRANT RECEIVED. | | |
| 02/19/2019 | ELECTRONIC - COMPLAINT FILED. | | |

### Case RIM1901810 - GONZALES, CASSANDRA NICOLE - Fine Information

| | Date To Pay: | N/A | First Payment: // |
|---|---|---|---|
| Prior NSF: | Payment Amount: | $0.00 | Last Payment: // |

021

| Fine Number | Fine Type | Fine Description | Original Amount | Paid To Date | Current Due |
|---|---|---|---|---|---|
| | | | | | |
| | | Total: | $0.00 | $0.00 | $0.00 |

[ Print This Report ]
[ Purchase Documents for this Case ]
[ Close This Window ]

Riverside Public Access 5.7.27 © 2019 Journal Technologies, Inc. All Rights Reserved. www.isd-corp.com
**Contact Us**

022