UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 5:19-cr-00151-DSF-2 |
| ) | |
| vs. ) | EXHIBIT "B" TO DEFENDANT'S |
| ) | SENTENCING POSITION |
| CASSANDRA NICOLE GONZALES, ) | |
| Defendant. ) | |
| ) | |

EXHIBIT "B"

*People v. Cassandra Gonzales*

San Bernardino County Superior Court,
Case number MWV19011421, Docket

## Case Information

MWV19011421 | The People of the State of California vs. Cassandra Nicole Gonzales

| Case Number | Court | Judicial Officer |
|---|---|---|
| MWV19011421 | Rancho Cucamonga Criminal | Detienne, Dan |
| **File Date** | **Case Type** | **Case Status** |
| 05/30/2019 | Misdemeanor | Warrant |

## Party

**Plaintiff**
The People of the State of California

---

**Defendant**
Gonzales, Cassandra Nicole

**DOB**
XX/XX/XXXX

## Charge

**Charges**
Gonzales, Cassandra Nicole

| Description | Statute | Level | Date |
|---|---|---|---|

EXHIBIT "B"
024

| | | | | |
|---|---|---|---|---|
| 2 | HS11364-M: Possess Controlled Substance - Paraphernalia | 11364 | Misdemeanor | 04/09/2019 |

## Events and Hearings

05/30/2019 eFiling - Initial Filing

05/30/2019 Letter re: Amendment to Complaint Filed ▾

    Comment
    W/COMPLAINT

06/18/2019 Confidential Document Filed ▾

    Comment
    DISCOVERY RECVD & SCANNED 061919

07/25/2019 Arraignment ▾

    **Portal Minute Order

    Judicial Officer
    Detienne, Dan

    Hearing Time
    8:30 AM

    Result
    Failed to Appear

## Financial

No financial information exists for this case.

025

## Documents

**Portal Minute Order

026